```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YVES MICHEL VICTOR            :
                              :
     Petitioner,               :
                              :
     v.                        :
                              :   CIVIL ACTION NO. 02-CV-4100
CHARLES ZEMSKI, et al         :
                              :
     Respondents.              :
```

WITHDRAWAL OF APPEARANCE

     Kindly withdraw my appearance on behalf of CHARLES ZEMSKI, Acting District Director of the Philadelphia Office of the Immigration and Naturalization Service and IMMIGRATION AND NATURALIZATION SERVICE, the Respondents in the above-captioned matter.

```
                         STEPHEN J. BRITT
                         Assistant United States Attorney
                         615 Chestnut Street, Suite 1250
                         Philadelphia, PA 19106
                         (215) 861-8443
```

ENTRY OF APPEARANCE

     Kindly enter my appearance on behalf of CHARLES ZEMSKI, Acting District Director of the Philadelphia Office of the Immigration and Naturalization Service and IMMIGRATION AND NATURALIZATION SERVICE, the Respondents in the above-captioned matter.

```
                         Susan R. Becker
                         Assistant United States Attorney
                         615 Chestnut Street, Suite 1250
                         Philadelphia, PA 19106
                         (215) 861-8310
```

Dated: October 7, 2003

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

> Yves Michel Victor
> 5693-01
> Berks County Prison
> 1287 County Welfare Road
> Leesport, PA 19533-9397
> Pro se petitioner

                                        Susan R. Becker
                                        Assistant United States Attorney

Dated: October 7, 2003