# EXHIBIT 1

```
DAX1010              DACS ALIEN BIOGRAPHIC SUMMARY (BIOS)           DATE: 10/15/2003
                                                                    TIME: 20:29:03
A-NUM     : 040135330              BOP-NUMBER :
LAST-NAME : VICTOR                 FIRST-NAME : YVES MICHEL
ALIAS-LAST :                       ALIAS-FIRST:

SEX: M     DOB: 09/24/1977    POB: HAITI    NATLTY: HAITI      MARITAL-STAT: S
AG-FELON: OT           MAND-DET: Y              STATE-ID: NY98H985
SSN: 090700566    FBI: 771849DB5   CHILD-STAT: 1U       PARENT-STAT: NON

U.S. ADDRESS-
CARE-OF/APT/SUITE/...: C/O PCJ
STREET        :
CITY          :                    STATE:              ZIP:

FOREIGN ADDRESS-
STREET        :
CITY          :                    STATE:              COUNTRY:

DATE-ENTERED: 03/24/1999   DATE-LAST-UPD: 07/02/2003   LAST-UPDATER: WPJ


              COMMAND: CASS     A-NUM: 040135330
CASE ADD SEQUENCE                            INACTIVE CASE EXISTS
```

```
    A-NUM: 040135330              LAST NAME:  VICTOR
    NATLTY: HAITI                 FIRST NAME: YVES MICHEL

COMMENT 1: 10/05/2001: W/F REC'D FROM VRK DEOS. SUBJECT WAS APPARENTLY
           INTERCEPTED AT JFKIA ON 10/03 - HAS MULTIPLE CONVICTIONS.

COMMENT 2: SUBJECT WAS PREVIOUSLY GRANTED CANCELLATION AND APPARENTLY
           COULDN'T STAY OUT-O-TROUBLE.  NOTE THAT SUBJECT IS ALLEGEDLY

COMMENT 3: DUE TO APPEAR IN COURT IN RIVERSIDE NY ON 10/15/2001 TO FACE
           CHARGES OF SEX ABUSE IN THE 3RD DEGREE.

COMMENT 4: DETAINED CASE. 10/25/01 FILE TO PHI.
           CENF. MASTER CALENDAR 01/15/02.



HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```

```
DAXL028              DACS CASE COMMENTS LOOK SCREEN        DATE: 10/15/2003
                                                           TIME: 11:29:47

         A-NUM: 040135330              LAST NAME: VICTOR
         NATLTY: HAITI                 FIRST NAME: YVES MICHEL

COMMENT 1: CENF. NEXT HEARING 05/20/2002.
           CENF. PRIOR TO RELEASE CONTACT 631 854 8317, OFFICER LINDER,

COMMENT 2:  JEROME, SQUAD 3, SUFFOLK COUNTY PD. SUBJ HAS 3 ACTIVE WARRA
           NTS.

COMMENT 3: CENF. NEXT COURT DATE 7/19/2002.
           CENF. WAITING ON PLANE TICKETS FROM ATTORNEY

COMMENT 4: CENF. 7/22/02 - M. GAFFNEY FROM YORK LIT SAID TO LET SUBJ.
           WITHDRAW AND GO BACK TO HAITI



HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```

```
DAXD026                DACS CASE COMMENTS LOOK SCREEN       DATE: 10/15/2003
                                                            TIME: 10:29:48
      A-NUM: 040135330                  LAST NAME: VICTOR
      NATLTY: HAITI                    FIRST NAME: YVES MICHEL

  COMMENT 1: CENF. SUBJECT TO DEPART ON 08/08/02 ON AA # 657

  COMMENT 2:

  COMMENT 3:

  COMMENT 4:



  HIT PF1 OR PF2 TO SEE MORE INFORMATION
  HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
  LAST PAGE DISPLAYED
```

```
         A-NUM : 040135330              LAST-NAME : VICTOR
         NATLTY: HAITI                  FIRST-NAME: YVES MICHEL

    DATE-DOCKET-CLEARED: 08/09/2002        DEPART-CLEARED-STAT: 0

         TRANSFER-TO-DCO:                DATE-DOCKET-TRANSFER:

         DATE-DEPARTED: 08/08/2002          PORT-DEPARTED: NYC

         DEPART-COUNTRY: HAITI          FINAL-CHARGE: I2A2    EXPENSE-CODE: 5




    HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```

```
A-NUM: 040135330        LAST NAME: VICTOR
DCO: PHI                FIRST NAME: YVES MICHEL            NATLTY: HAITI

        CHG-DOC-ISSUED: 10/03/2001      DATE-WA-ISSUED:
        CHG-DOC-SERVED:                 DATE-WA-SERVED:
                                        CONSUL-NOTIF:

        BOND-AMT-REQUIRED:              BOND-TERM-STATUS:
        BOND-AMT-POSTED:                DATE-BOND-POSTED:

        STAT-RECOG-SUPER:               DATE-STATUS-RECOG-SUPER:

        DET-LOC-ID: BERKSPA             DATE-BOOKED-IN: 11/16/2001
        DATE-RELEASED: 08/08/2002       RELEASED-TO: DEP

        DATE-ENTERED: 11/16/2001        VR-USM:
        DET-FAC-TYPE: NSD               DET-DCO: PHI

                                                        PF7 - DET LOC ID LIST
                    COMMAND: CUST    A-NUM: 040135330
NO BOND DATA                    FIRST PAGE OF DATA
```